UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  E ELBERT DANIELS  
  LAURA S DANIELS  

CASE NO. 08 B 03053  

CHAPTER 13  

JUDGE: BRUCE W BLACK  

     Debtor  
SSN XXX-XX-9136    SSN XXX-XX-7766  

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/11/08 and confirmed on 05/15/08.

2. The case was converted to Chapter 7 after confirmation, 08/08/2008.

3. The Debtor paid a total of $ 600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 250.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 250.00 | .00 | .00 | .00 | 250.00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GREENBERG & ASSOC              , was allowed $  3500.00 and was paid $  1026.00  direct and $   565.20  through the plan.

The Trustee received $    34.80 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/30/09                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 03053 E ELBERT DANIELS & LAURA S DANIELS